## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Lyndsay Goschke, being first duly sworn, deposes and says that I am a Special Agent with the U.S. Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI), duly appointed according to law and acting as such.

Based on my training and experience and the facts set forth in this affidavit, there is probable cause to believe that violations of Title 18, United States Code, Section 371, Conspiracy to Defraud the United States; Title 18, United States Code, Section 1001(a)(2), False Statements; Title 18, United States Code, Section 1028A(a)(1), Aggravated Identity Theft; and Title 8, United States Code, Section 1324, Encouraging or Inducing and conspiracy to do the same, and Concealing, Harboring, or Shielding from Detection Aliens that have Come, Entered, or Remain in the United States in violation of law have been committed by MARITZA AZUCENA CAHUEC COC (hereinafter "CAHUEC COC"), and others, known and unknown.

The source of your affiant's information and the grounds for her belief are as follows:

## INTRODUCTION

1.     I am a Special Agent with HSI and have been since January 2020. I am currently assigned to the Office of the Assistant Special Agent in Charge, Cleveland, Ohio. I have received training and conducted and/or assisted in investigations involving financial crimes, fraud, and Title 8 violations. As part of my daily duties as an HSI Special Agent, I investigate crimes including human smuggling in violation of 8 U.S.C. § 1324, identity theft in violation of 18 U.S.C. § 1028A, and wire fraud in violation of 18 U.S.C. § 1343, among other crimes. As a Special Agent, I am an investigative or law enforcement officer within the meaning of 18 U.S.C. § 2510(7), that is, an officer of the United States who is authorized to conduct investigations and make arrests for federal felonies.

2.     I have personally participated in the investigation of CAHUEC CUC and others, as discussed below. I am familiar with the facts and circumstances of this investigation, including through discussions with other law enforcement agents involved in this investigation.

3.     The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## PROBABLE CAUSE

### The U.S. Department of Health and Human Services
### Office of Refugee Resettlement's Unaccompanied Alien Children Sponsorship Program

1.     The United States Department of Health and Human Services (HHS) is a department within the Executive Branch of the United States government.

2.     Unaccompanied Alien Children (UACs), who are apprehended by DHS immigration officials or another federal agency, are transferred to HHS's Office of Refugee Resettlement (ORR), which is responsible for the care and custody of UACs awaiting immigration proceedings.

3.     UACs are defined as individuals who had no lawful immigration status in the United States, are under 18 years of age, and have no parent or legal guardian in the United States or no parent or legal guardian in the United States available to provide care and physical custody.

4.     ORR usually retains custody until UACs: (1) are released to a parent, guardian, relative, or other qualified sponsor; (2) are transferred to foster care; or (3) turn 18 years old.

5.     The process of releasing a UAC from ORR custody to a sponsor involves several steps, including, but not limited to, the identification of a sponsor, the submission of a sponsor application, and an assessment of sponsor suitability, which includes verification of the sponsor's

2

identity and relationship, if any, to the child. Case managers and others employed at HHS-contracted shelters participate in the sponsor assessment process.

### CAHUEC COC's Fraudulent UAC Sponsorship Applications

6.    In and around February 2025, the Federal Bureau of Investigation (FBI) and HSI Cleveland received information that CAHUEC COC, a Guatemalan national illegally present in the United States, made several attempts to sponsor Guatemalan UACs by falsely claiming she was a relative and by submitting to ORR fraudulent information and documents in support of those sponsorship applications. The FBI, HSI, and HHS's Office of Inspector General (HHS-OIG) reviewed applications CAHUEC COC submitted to sponsor UACs using her own identity and those of aliases. In addition to submitting false information to ORR, CAHUEC COC communicated with ORR personnel telephonically or electronically and in the course of doing so provided materially false information concerning her identity and relationship to the UACs, among other misrepresentations. To date, the FBI, HSI, and HHS-OIG have identified at least twelve (12) sponsorship applications submitted by CAHUEC COC between December 2019 and December 2023, eight (8) of which appear to have been made using aliases and/or otherwise contained false information. In each sponsorship application, CAHUEC COC represented that she resided at addresses within the Northern District of Ohio. Of the eight (8) sponsorship applications made using aliases and containing false information, six (6) were successful and two (2) were denied by ORR.

7.    For example, in or around October 2022, CAHUEC COC submitted a sponsorship application for Guatemalan UAC-A[1] in which CAHUEC COC falsely claimed to be the UAC's

---

[1] UACs' full names are known to law enforcement. UACs' full names are not included here to protect their anonymity.

mother Andrea Marina Cahuec Rax (hereinafter "Cahuec Rax"). During the sponsorship application processes, CAHUEC COC submitted copies of a birth certificate and Guatemalan national ID card bearing Cahuec Rax's name, a birth certificate bearing UAC-A's name, and a photograph of CAHUEC COC holding the Guatemalan national ID card bearing Cahuec Rax's name. ORR approved CAHUEC COC's sponsorship application. The FBI and HSI later determined that CAHUEC COC had falsely submitted sponsorship applications and supporting material using Cahuec Rax's identity because, in part, CAHUEC COC's appearance in the photograph submitted to ORR did not match Cahuec Rax's appearance in the Guatemalan national ID card. Cahuec Rax's appearance also did not match a photograph of CAHUEC COC taken by immigration authorities after CAHUEC COC was encountered in the United States and CAHUEC COC's own photo appearing in her Guatemalan national ID card. Moreover, fingerprints submitted to ORR by CAHUEC COC (purporting to be Cahuec Rax) matched fingerprints submitted by CAHUEC COC in support of other sponsorship applications using CAHUEC COC's own identity. Investigators also observed that, between approximately May 2020 and October 2025, CAHUEC COC sent electronic payments totaling $1,813 to the true Cahuec Rax.

8.     Further, communications exchanged between a Facebook account believed to be used and maintained by CAHUEC COC (hereinafter "CAHUEC COC's Facebook Account") and a Facebook account believed to be used and maintained by the true Andrea Marina Cahuec Rax indicated that CAHUEC COC and Cahuec Rax were distinct individuals, knew one another personally, and sometimes shared information about Cahuec Rax's child(ren). Other communications exchanged between CAHUEC COC's Facebook Account and another Facebook account known to law enforcement indicated that CAHUEC COC had arranged with the real

4

Cahuec Rax to sponsor UAC-A using the alias "Andrea" and that CAHUEC COC or a co-conspirator retrieved UAC-A from an airport after UAC-A was released from ORR's custody.

9. CAHUEC COC cohabitated with an individual known to be a co-conspirator (hereinafter "Conspirator-1") in and around the time CAHUEC COC submitted sponsorship applications containing false information. To date, the FBI and HSI have identified at least seven (7) sponsorship applications submitted by Conspirator-1 between January 2020 and February 2023, at least three (3) of which were made using aliases and/or otherwise contained false information. In each sponsorship application, Conspirator-1 represented that they resided at addresses within the Northern District of Ohio. ORR approved all three (3) sponsorship applications submitted by Conspirator-1 using aliases and containing false information.

10. For example, in or around February 2023, Conspirator-1[2] submitted a sponsorship application for Guatemalan UAC-B[3] in which Conspirator-1 falsely claimed to be UAC-B's maternal uncle, WWCC.[4] During the sponsorship application process, Conspirator-1 submitted copies of a birth certificate bearing WWCC's name, a Guatemalan national ID card bearing WWCC's name, a birth certificate bearing UAC-B's name, and a certificate bearing UAC-B's mother's name. The birth certificates indicated Conspirator-1, WWCC, and UAC-B's mother were siblings. The case manager reviewing Conspirator-1's sponsorship application photographed Conspirator-1 during a video call in which Conspirator-1 falsely claimed to be WWCC. ORR approved the application. The FBI and HSI later determined that Conspirator-1 had submitted the

---

[2] Uncharged conspirators' full names are known to law enforcement. Their full names are not included here to provide anonymity and preserve the integrity of the on-going investigation.
[3] Conspirator-1's sponsorship followed CAHUEC COC's unsuccessful December 2022 attempt to sponsor UAC-B using the alias ECB. Birth certificates submitted in support of CAHUEC COC's application to sponsor UAC-B indicated that ECB and Conspirator-1 were siblings.
[4] The full names of ECB and WWCC are known to law enforcement but are not disclosed because the investigation concerning Conspirator-1 is on-going.

sponsorship application and supporting material using WWCC's identity because Conspirator-1's appearance in photographs taken during the video call matched Conspirator-1's appearance in the photograph contained within their own Guatemalan national ID card. Investigators also observed that, between approximately April 2023 and November 2024, Conspirator-1 sent electronic payments totaling approximately $2,853 to the true WWCC.

11.     In sum, evidence obtained during the investigation indicates that CAHUEC COC and Conspirator-1 used aliases to sponsor UACs, submitted sponsorship applications to ORR that contained material false statements concerning their identities and relationships with the UACs, and identification documents that bore their aliases' names to support those sponsorship applications, all in order to obtain custody of UACs as a means to facilitate the UACs entry into the United States. Evidence gathered thus far indicates that CAHUEC COC also coordinated at least some of the UACs' journeys to the United States.

**CAHUEC COC and Conspirator-1's Coordination with Guatemalan Human Smugglers**

12.     On or about January 26, 2020, DHS officials encountered four (4) individuals near the United States-Mexico border: one (1) adult Conspirator-2 and three (3) minors including UAC-C. U.S. authorities determined that they were all Guatemalan nationals who illegally entered the United States. U.S. authorities also determined that the minors were UACs.[5]

13.     When questioned by U.S. immigration authorities, Conspirator-2 identified a Guatemalan national Conspirator-3[6] as a human smuggler who facilitated Conspirator-2 and the

---

[5] UAC-C's sponsor submitted birth certificates that bore his and UAC-C's names in support of the sponsorship application. The birth certificate with UAC-C's name indicated that Conspirator-2 was UAC-C's biological father, but Conspirator-2 asserted to authorities that he was, in fact, UAC-C's stepfather. The birth certificate that bore UAC-C's sponsor's name indicated that the sponsor and CAHUEC COC were siblings.

[6] The photograph was retrieved from a visa application submitted by Conspirator-3.

three (3) UACs' journeys to the United States. Conspirator-2 also indicated that Conspirator-3 used a Guatemalan phone number to coordinate smuggling activities.[7]

14. Conspirator-3 told Conspirator-2 that there was a boy looking for a "father" to take him to the United States. Conspirator-3 stated that if Conspirator-2 agreed to claim this boy as his son, Conspirator-2 would only have to pay half the normal smuggling fee for himself and a minor. Conspirator-2 stated he declined this offer and paid the full smuggling fee for himself and UAC-C to be smuggled into the United States.

15. Conspirator-2 stated that he paid Conspirator-3 20,000 Quetzales (Guatemalan currency) to be smuggled into the United States. Conspirator-2 indicated to U.S. immigration authorities that Conspirator-2 and UAC-C planned to be received by an individual with a U.S. phone number, which was saved in Conspirator-2's phone as a contact. Phone records connect this phone number to Conspirator-1. Additionally, Conspirator-1 provided this phone number as a contact on multiple sponsorship applications he/she submitted to ORR to obtain custody of UACs, including at least one application in which Conspirator-1 used an alias. When questioned about the contact with the U.S. phone number, Conspirator-2 stated that there was a plan in which the contact would receive Conspirator-2 and UAC-C when they arrived in Cleveland, Ohio.

16. A consensual search of Conspirator-2's cell phone revealed Google Maps directions from an address in the Northern District of Ohio used by CAHUEC COC and Conspirator-1 to sponsor UACs and to an address in Maryland. The Ohio address was identified in at least nine (9) sponsorship applications submitted to ORR between approximately December 2019 and September 2022, including approximately three (3) CAHUEC COC submitted (including

---

[7] Complete phone numbers are known to law enforcement. Phone numbers are not included here to protect uncharged persons' anonymity and to protect the integrity of the investigation.

one application she submitted using an alias) and four (4) Conspirator-1 submitted. In some of those sponsorship applications, CAHUEC COC and Conspirator-1 identified one another as household members.

17. Investigators determined that Conspirator-1's UAC sponsorship applications submitted between approximately February 2020 and January 2021 contained the phone number saved in Conspirator-2's phone as the U.S. contact who was arranged to receive Conspirator-2 and UAC-C in the U.S. Additionally, Conspirator-1 used this phone number to communicate with ORR case managers concerning applications to sponsor UACs including, but not limited to, UAC-D[8] and UAC-E. The phone number was registered to Conspirator-1 and was associated with an email address containing part of his/her name.

18. CAHUEC COC's Facebook Account sent a message indicating her knowledge of Conspirator-2's apprehension and the risk it may pose for Conspirator-3. Specifically, on or about January 26, 2020, the date of Conspirator-2's apprehension, CAHUEC COC's Facebook Account sent a one-to-one electronic communication to an unidentified recipient asserting, "I just wanted to let you know that Don [Conspirator-3's first name] and you are in danger."[9]

19. CAHUEC COC's Facebook Account also exchanged one-to-one chat communications directly with an account believed to be used and maintained by Conspirator-3 which discussed CAHUEC COC and Conspirator-3's coordinated efforts to smuggle aliens, including minors, into the United States. Specifically:

---

[8] Conspirator-1 unsuccessfully applied to sponsor UAC-D. UAC-D was ultimately sponsored by another sponsor in or around May 2020. Photos of birth certificates submitted by UAC-D's successful sponsor indicate that UAC-D, his sponsor, and CAHUEC COC were siblings.

[9] All Facebook communication quotations contained in this affidavit are informal, sometimes partial translations.

8

    a.    In or around July 2020, the accounts' users appeared to discuss prices for human smuggling services;

    b.    In or around October 2020, the accounts' users appeared to discuss prices for human smuggling services, including prices for smuggling a "[m]inor" or a "dad and son" couple; and

    c.    In or around September and October 2020, the accounts' users appeared to discuss smuggling of and prices for specific individuals including "minors."

These communications indicate that CAHUEC COC and Conspirator-3 coordinated efforts to smuggle aliens, including minors, into the United States.[10]

20.    Information, including international transaction data, indicates that Conspirator-1 paid Conspirator-3 to help smuggle UAC-E, into the United States. Specifically, UAC-E asserted to her ORR case manager that she began her journey from Guatemala to the United States on January 12, 2021, the same date on or about which Conspirator-1 transferred approximately $1,284 (approximately 10,000 Quetzales) to a recipient whose name matched Conspirator-3's second given name and surnames. UAC-E asserted that she was led by a guide during her journey. UAC-E, Conspirator-1, and UAC-E's mother asserted that UAC-E was led by a guide and that her father paid approximately 10,000 Quetzales to finance her journey. In his/her application to sponsor UAC-E, Conspirator-1 identified "Martiza Azucena" (CAHUEC COC's first names) as his/her

---

[10] CAHUEC COC's Facebook Account also exchanged one-to-one chat communications with another account registered by an unidentified user. CAHUEC COC's Facebook account and other account user discuss how CAHUEC COC would "receive" people in exchange for payment and appeared to discuss prices for smuggling minors. Collectively, the communications between CAHUEC COC and the other account user indicate that, between at least October 2022 and July 2023, a period during which CAHUEC COC and Conspirator-1 fraudulently sponsored several UACs using aliases, CAHUEC COC discussed how to smuggle aliens, including minors, into the United States for payment.

household member and alternate caregiver. ORR approved Conspirator-1's application and UAC-E was released to his/her care. This evidence, taken together, indicates that Conspirator-1 paid Conspirator-3 to smuggle UAC-E, possibly his/her biological daughter, to the United States.

21. Based on my training, experience, and overall knowledge of this investigation, I believe that Conspirator-3 smuggles both minors and adults who accompany minors from Guatemala to the United States. I believe Conspirator-3 coordinated with CAHUEC COC and/or Conspirator-1 and others, to fraudulently sponsor unaccompanied minors by posing as the minors' relatives.

### CAHUEC COC and Conspirator-1's Unexplained Income and Deposits of Checks Made Payable to UACs as Evidence of Human Smuggling

22. One-to-one conversations between CAHUEC COC's Facebook Account and an individual referred to as Conspirator-4's Facebook Account indicated that "Conspirator-4" and CAHUEC COC collected payments related to smuggling debts. Specifically, on or about September 17, 2022, Conspirator-4 wrote, "I'm going to receive a batch now." CAHUEC COC responded, "Wake up the bear [and] tell them that who is going to withdraw the money for the batch" "[s]o they can give right now[.]" CAHUEC COC then reminded Conspirator-4 that, "Now you owe me the rest of the money [Conspirator-4's nickname][,]" "I already paid him the rest[.]" CAHUEC COC then wrote, "I don't know why you get involved bringing people" "[a]nd you don't take responsibility for paying." Later that same day, CAHUEC COC wrote, "Your people are going to cross it today and pay for it." Collectively, this exchange indicates that Conspirator-4 was "responsib[le]" for collecting money related to his "people['s]" "cross[ing]" and that Conspirator-4 owed some or all of that money to CAHUEC COC.

23. On multiple sponsorship applications and during a post-arrest *Mirandized* interview with law enforcement on May 22, 2026, CAHUEC COC reported that she worked as a cleaner and

Conspirator-1 reported that he/she worked in construction. Bank accounts registered to CAHUEC COC and/or Conspirator-1 deposited approximately $232,316 in 2023 and $320,886 in 2024 (approximately $553,202 total). Approximately $116,559 of those deposits were made by depositing approximately 222 checks made payable to individuals other than CAHUEC COC and Conspirator-1 and which were not endorsed to CAHUEC COC or Conspirator-1. Checks deposited into the accounts include what appear to be paychecks made payable to UACs sponsored by CAHUEC COC or UAC-C's sponsor. *See supra* para. 12 n. 5 (noting that UAC-C's sponsor was CAHUEC COC's real sibling). The incongruity between CAHUEC COC and Conspirator-1's reported employment to ORR, deposits in their bank accounts that do not appear to be from related employment, a large volume of checks addressed to others, including UACs they previously sponsored, and other information known to investigators indicates that CAHUEC COC and Conspirator-1 were earning income from illegitimate sources and were engaged in smuggling activity. Based on my training, experience, and knowledge of this investigation, including CAHUEC COC and Conspirator-1's bank statements indicate they used their bank account(s) to receive payments from aliens they helped smuggle into the United States.

24. Communications additionally indicate that CAHUEC COC and Conspirator-1 collected payments from UACs they or their associates sponsored in exchange for helping smuggle the UACs into the United States. For example, on or about October 30, 2021, an account believed to be used and maintained by UAC-C's mother Miriam Esperanza Cahuec Coc[11] asked CAHUEC COC whether "[UAC-C's first name] is also working at night or not[?]" CAHUEC COC responded, "[N]o[,]" "[h]e has already gone home[;]" "[h]e works by day." UAC-C's mother

---

[11] In the *Mirandized* interview of CAHUEC COC on May 22, 2026, CAHUEC COC provided a list of her siblings' names to law enforcement, including Miriam Cahuec Coc,

responded, "[H]e has finished paying off his debt." CAHUEC COC wrote, "Yes, I already paid for everything[.]" "He doesn't owe anything anymore." This exchange indicates that UAC-C paid off a debt and the deposited paychecks addressed to UAC-C were payments towards that debt.

### May 22, 2026, Residential Search

25.    On May 22, 2026, law enforcement searched CAHUEC COC's residence, which is located in the Northern District of Ohio, pursuant to a search warrant. Evidence obtained during this investigation, including bank statements, and CAHUEC COC's previous statements to law enforcement, indicate that CAHUEC COC has rented and resided at the residence located in the Northern District of Ohio since at least October 2023.

26.    During the search, law enforcement identified 13 individuals in total, which included CAHUEC COC, eight other adults, and four minors. A review of DHS and other database holdings has revealed that seven of the adults present in the residence, including CAHUEC COC, are aliens without authorization to be present legally in the United States. Several of the individuals had participated in the UAC sponsorship program as a UAC and/or sponsor. Specifically, four of the individuals had themselves been UACs, including UAC-B, a UAC CAHUEC COC sponsored using her own identity, a UAC Conspirator-1 sponsored using an alias in or around July 2022, and a fourth UAC who was sponsored by an individual other than CAHUEC COC and Conspirator-1[12].

27.    The search revealed several items linking the residence, CAHUEC COC, and/or conspirators to fraudulent participation in the UAC sponsorship program. For example, ORR paperwork was found in the residence relating to an individual who had previously unsuccessfully attempted to sponsor UAC-B. The individual's unsuccessful application to sponsor UAC-B was

---

[12] This other individual was not present in the residence at the time of the search.

12

made after CAHUEC COC's unsuccessful attempt to sponsor UAC-B and before Conspirator-1's successful sponsorship of UAC-B using the alias WWCC. UAC-B was found in the residence during the search. A partially redacted photograph of the ORR paperwork is shown below:



28.     The search also revealed one Guatemalan consular ID card, three Guatemalan passports, and four Guatemalan national ID cards. Only one of the identification documentations, a Guatemalan national ID card, bore the name of an individual present at the residence. Two of the identification documents bore Conspirator-1's name, and one of the identification documents was a Guatemalan national ID card that bore WWCC's name. A partially redacted photograph of the Guatemalan national ID card bearing WWCC's name is shown below:

13



29.     During a post-arrest *Mirandized* interview with law enforcement on May 22, 2026, CAHUEC COC identified herself in photos in which she was holding Guatemalan national ID cards of aliases she used to sponsor UACs. Initially, investigators obscured the portion of the photos showing the Guatemalan national ID card. When they revealed the portion of the photos showing the Guatemalan national ID card, CAHUEC COC said in reference those portions of the photos that "there are digital things to ruin people's lives."[13] The following partially redacted photographs were shown to CAHUEC COC; the first reflecting a partially obscured image in which CAHUEC COC identified herself; and the second reflecting the same image with the obscured portion revealed, in which CAHUEC COC is holding a Guatemalan national ID card bearing the name of an alias:

---

[13] This interview was conducted with the use of a Spanish language interpreter. This is not a verbatim quote but reflects the agents' recollection.

14



30.     The search also recovered ledgers with numerous pages containing lists of names

with figures beside those names. The lists included Conspirator-1's first name, CAHUEC COC's

nickname, and the names of at least two individuals present at the residence, as well as names that

match the first name of other known UACs. CAHUEC COC told law enforcement after the search

that the lists recorded rent contributions from inhabitants of the residence. My knowledge of this

investigation and evidence obtained thus far, viewed through my training and experience, as well

as the condition of the residence suggesting numerous people were inhabiting the house in close sleeping quarters, leads me to believe that CAHUEC COC, Conspirator-1, and others used the residence to harbor aliens without authorization to be present in the U.S. and that these lists represent aliens' payments to CAHUEC COC and/or Conspirator-1 related to harboring aliens. Partially redacted photographs of the pages within the ledgers containing lists of names are shown below:





31.     Additional evidence seized during this search will be analyzed as the investigation continues.

16

## CONCLUSION

Based on the totality of the facts and circumstances set forth herein, and based upon my training and experience, there is probable cause to believe, and I do believe CAHUEC COC and others known and unknown engaged in violations of Title 18, United States Code, Section 371, Conspiracy to Defraud the United States; Title 18, United States Code, Section 1001(a)(2), False Statements; Title 18, United States Code, Section 1028A(a)(1), Aggravated Identity Theft; Title 8, United States Code, Section 1324, Encouraging or Inducing and Conspiracy to do the same, and Concealing, Harboring, or Shielding from Detection Aliens that have Come, Entered, or Remain in the United States in violation of law. Accordingly, I respectfully request that the Court issue a Federal Criminal Complaint authorizing the arrest of CAHUEC COC.

_____
Special Agent Lyndsay Goschke
Homeland Security Investigations

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 3, 4(d), and 4.1 this 26 day of May, 2026. at 10:48 a.m

_____
Jennifer Dowdell Armstrong
United States Magistrate Judge

17